AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CAMPUS INVESTMENTS, INC.

V.

LAKE COUNTY STORMWATER
MANAGEMENT COMMISSION, and
LAKE COUNTY, ILLINOIS

CASE NUMBER: 08CV3046

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

LAKE COUNTY, ILLINOIS
18 N. County Street
Waukegan, IL 60085-4351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sebastian Rucci
40 The Ledges, 3C
Youngstown, Ohio 44514

an answer to the complaint which is herewith served upon you, within TWENTY days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

-------------------------------------
**(By) DEPUTY CLERK**

**May 27, 2008**
-------------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  MAY 29 2008 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 18 N. County St. Waukegan IL 60085

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 29 2008
          Date          Signature of Server

                14044 Petronell Libertyville IL 60048
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CAMPUS INVESTMENTS, INC.

V.

LAKE COUNTY STORMWATER
MANAGEMENT COMMISSION, and
LAKE COUNTY, ILLINOIS

CASE NUMBER: 08CV3046

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

LAKE COUNTY STORMWATER MANAGEMENT COMMISSION
333-B Peterson Road
Libertyville, Illinois 60048

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sebastian Rucci
40 The Ledges, 3C
Youngstown, Ohio 44514

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

-----------------------------------
(By) DEPUTY CLERK

**May 27, 2008**
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MAY 29 2008 |
| NAME OF SERVER (PRINT) Robb SAtten | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 333-B Peterson Rd Libertyville IL 60048

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/29/08
Date

Signature of Server

14044 Petronella Libertyville IL 60048
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.