UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMPUS INVESTMENTS, INC., an Ohio corporation, | ) ) ) |
| Plaintiff, | ) Case No. 08-cv-3046 ) |
| v. | ) Judge George W. Lindberg ) |
| LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, and LAKE COUNTY, ILLINOIS, | ) Magistrate Judge Arlander Keys ) ) ) |
| Defendant's. | ) ) |

**PLAINTIFF'S DISCLOSURE OF CORPORATE INTEREST**

Pursuant to N.D. Ill. Local Rule 3.2 counsel for corporate Plaintiff Campus Investments, Inc. discloses that Campus Investments, Inc. has no parent corporations and no publicly held company owns 10% or more of the it's stock.

*Sebastian Rucci*
Sebastian Rucci (ND IL No. 90785689)
40 The Ledges, 3C
Youngstown, Ohio 44514
Phone: (330) 707-1182
Fax:    (330) 707-1882
Email: SebRucci@Gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov.

*Sebastian Rucci*
Sebastian Rucci (ND IL No. 90785689)