## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-3046 |
| v. | ) | |
| | ) | Judge George W. Lindberg |
| LAKE COUNTY STORMWATER | ) | |
| MANAGEMENT COMMISSION, and | ) | Magistrate Judge Arlander Keys |
| LAKE COUNTY, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF HEARING ON
## PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on the 25th day of June, 2008 at 9:30 a.m., I shall

appear before the Honorable Judge George W. Lindberg, or anyone sitting in his stead, in the

courtroom where he usually presides, Courtroom 1425 of the Northern District of Illinois,

Eastern Division, Chicago, Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and

then and there present the Plaintiff's Motion for Preliminary Injunction, a copy of which was

previously served on you electronically on June 17, 2008.

Sebastian Rucci (ND IL No. 90785689)
40 The Ledges, 3C
Youngstown, Ohio 44514
Phone: (330) 707-1182
Fax:    (330) 707-1882
Email: SebRucci@Gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov. The foregoing was also emailed directly to Daniel Jasica, the Defendants attorney at DanielJJasica@co.lake.il.us.

Sebastian Rucci (ND IL No. 90785689)