U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                     Case Number: 08 CV 3046
CAMPUS INVESTMENTS, INC.
V.
LAKE COUNTY STORMWATER MANAGEMENT
COMMISSION AND LAKE COUNTY, ILLINOIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAKE COUNTY, ILLINOIS

| | |
|---|---|
| NAME (Type or print) Lisle A. Stalter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lisle A. Stalter | |
| FIRM Lake County State's Attorney's Office | |
| STREET ADDRESS 18 N. County Street - 3rd Floor | |
| CITY/STATE/ZIP Waukegan, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6242950 | TELEPHONE NUMBER 847-377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |