IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CV 3046 |
| | ) | |
| LAKE COUNTY STORMWATER | ) | Judge George W. Lindberg |
| MANAGEMENT COMMISSION, and | ) | |
| LAKE COUNTY, ILLINOIS, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT
OF TIME TO ANSWER OR OTHERWISE PLEAD**

The Defendant LAKE COUNTY, ILLINOIS by MICHAEL WALLER, State's Attorney of Lake County, Illinois and by LISLE A. STALTER, Assistant State's Attorney for Lake County, move this Honorable Court for an enlargement of time to file a pleading responsive to the complaint and amended complaint, and in support of its motion states as follows:

1. The complaint was delivered to the County on May 29, 2008 and an amended complaint was filed on June 17, 2008.

2. The Lake County State's Attorney, as the attorney for the defendant County of Lake pursuant to state law, has assigned Assistant State's Attorney Lisle A. Stalter to represent the defendant County of Lake.

3. The County of Lake is in the process of reviewing the complaint, amended complaint and the allegations contained therein relating to the plaintiff.

4. The defendant's attorney has not had sufficient time to review the complaint and the amended complaint and the records relating to the plaintiff to prepare a responsive

pleading within the 20 day limit provided by Rule 12 of the Federal Rules of Civil Procedure.

Wherefore, the defendant County of Lake respectfully requests the Court grant its motion for an enlargement of time and allow it an additional 30 days from the date of this motion, up to and including July 18, 2008 to file its answer or motion responsive to the complaint and amended complaint.

                Respectfully submitted,
                LAKE COUNTY, ILLINOIS
                Defendant

                MICHAEL J. WALLER
                State's Attorney of Lake County

                s/Lisle A. Stalter
                Assistant States Attorney

Michael J. Waller
States Attorney of Lake County
Lisle A. Stalter #06242950
Assistant States Attorney
18 N. County Street
Waukegan, IL 60085
(847) 377-3050