IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CV 3046 |
| | ) | |
| LAKE COUNTY STORMWATER | ) | Judge George W. Lindberg |
| MANAGEMENT COMMISSION, and | ) | |
| LAKE COUNTY, ILLINOIS, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To:   Sebastian Rucci
      40 The Ledges, 3C
      Youngstown, OH 44514

   Please take notice that at 9:30 a.m. on Wednesday, June 25, 2008 the undersigned shall appear before the Honorable Judge George W. Lindberg, Courtroom 1425, and then and there present Defendant County of Lake's Motion of Enlargement of Time to Answer or Otherwise Plead which is attached hereto and herewith served upon you.


                                             s/Lisle A. Stalter
                                             Assistant States Attorney

Lisle A. Stalter #06242950
Assistant State's Attorney
Lake County State's Attorney's Office
18 North County Street
Waukegan, IL 60085
(847) 377-3050

CERTIFICATE OF SERVICE

   I, Lisle A. Stalter, under penalties as provided by Section 1-109 of the Code of Civil Procedure, certify that I caused to be served a copy of the foregoing by electronic mail to the person(s) to whom it is directed, on June 18, 2008.

                                             s/Lisle A. Stalter