# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 3046 |
|---|---|

CAMPUS INVESTMENTS, INC., an Ohio corporation
vs.
LAKE COUNTY STORMWATER MANAGEMENT COMMISSION and LAKE COUNTY, ILLINOIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant LAKE COUNTY STORMWATER MANAGEMENT COMMISSION

| NAME (Type or print) |
|---|
| James C. Bakk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James C. Bakk |
| FIRM |
| Law Offices of James C. Bakk |
| STREET ADDRESS |
| 200 N. M.L. King Ave., Suite 206 |
| CITY/STATE/ZIP |
| Waukegan, Illinois 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03121531 | (847) 249-9900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC. an Ohio corporation, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 08 CV 3046 |
| LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, and LAKE COUNTY, ILLINOIS, | ) ) ) ) | Judge George W. Lindberg |
| Defendants. | ) | Magistrate Judge Arlander Keys |

NOTICE OF FILING

To:   Sebastian Rucci            Lisle Stalter
      40 The Ledges, 3C          Daniel L. Jasica
      Youngstown, , Ohio 44514   Assistant State's Attorney
                                 18 N. County Street
                                 Waukegan, IL 60085

   Please Take Notice that on Wednesday, June 18, 2008, the undersigned filed electronically the attached Appearance of Defendant Lake County Stormwater Management Commission, which are herewith served upon you.

                              By:  s/ James C. Bakk
                                   James C. Bakk
                                   Special Assistant State's Attorney
                                   for Defendant Lake County SMC

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L.King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

CERTIFICATE OF SERVICE

   I, James C. Bakk, under penalties as provided by FRCP Rule 5, certify that I served a copy of the foregoing by electronic mail to the persons to whom it is directed on June 18, 2008.

                              By:  s/ James C. Bakk
                                   James C. Bakk