IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC. an Ohio corporation, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 08 CV 3046 |
| LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, and LAKE COUNTY, ILLINOIS, | ) ) ) ) | Judge George W. Lindberg |
| Defendants. | ) | Magistrate Judge Arlander Keys |

**DEFENDANT LAKE COUNTY STORMWATER
MANAGEMENT COMMISSION MOTION FOR
<u>ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD</u>**

Defendant LAKE COUNTY STORMWATER MANAGEMENT COMMISSION ("SMC"), by Special Assistant State's Attorney James C. Bakk, moves this Honorable Court for an enlargement of time to file a pleading responsive to the complaint, and in support of his motion states as follows:

1.　The Complaint herein was served, by an unidentified individual, at Defendant Lake County SMC offices on May 29, 2008, when a copy of the summons and complaint was delivered to a secretary employed by the Lake County SMC.

2.　The Plaintiff, apparently a residential land developer based in Ohio, attempts to assert declaratory and injunctive claims that a Lake County, Illinois stormwater management ordinance, relating to isolated wetlands in Lake County, is not statutorily authorized, and that Defendant should be prevented from enforcing that ordinance against Plaintiff's proposed residential land development in the Village of Grayslake, Illinois.

3.　The Lake County State's Attorney and the Lake County SMC has recently assigned Special Assistant State's Attorney James C. Bakk to represent the Defendant Lake

County SMC in this matter.

  4.  The Plaintiff has also filed an Amended Complaint on June 17, 2008.

  5.  The Defendant's attorney, however, has not had sufficient time to review the original complaint and the Amended Complaint, and the Lake County SMC files relating to the Plaintiff's land development, to in order to prepare a responsive pleading within the 20 day limit provided by Rule 12 of the Federal Rules of Civil Procedure.

  Wherefore, Defendant Lake County Stormwater Management Commission respectfully requests that the Court grant his motion for an enlargement of time and allow him an additional 30 days, up to and including July 18, 2008, to file his answer or motion responsive to the complaint/amended complaint.

           Respectfully submitted,

           LAKE COUNTY STORMWATER
           MANAGEMENT COMMISSION
                  Defendant

      By:  s/ James C. Bakk
          Special Assistant States Attorney
          for Defendant Lake County SMC

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L. King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC. an Ohio corporation, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 08 CV 3046 |
| LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, and LAKE COUNTY, ILLINOIS, | ) ) ) ) | Judge George W. Lindberg |
| Defendants. | ) | Magistrate Judge Arlander Keys |

NOTICE OF MOTION

To:   Sebastian Rucci                    Lisle Stalter
      40 The Ledges, 3C                  Daniel L. Jasica
      Youngstown, , Ohio 44514           Assistant State's Attorney
                                         18 N. County Street
                                         Waukegan, IL 60085

    Please Take Notice that on Wednesday, June 25, 2008, at 9:30 AM I shall appear before U.S. District Court Judge George W. Lindberg and present the enclosed Motion for Enlargement of Time to Answer or Otherwise Plead, which the undersigned filed electronically, which are herewith served upon you.

                                                                        By:  s/ James C. Bakk
                                                                            James C. Bakk
                                                                           Special Assistant State's Attorney
                                                                           for Defendant Lake County SMC

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L.King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

CERTIFICATE OF SERVICE

    I, James C. Bakk, under penalties as provided by FRCP Rule 5, certify that I served a copy of the foregoing by electronic mail to the persons to whom it is directed on June 18, 2008.

                                                                            By: s/ James C. Bakk
                                                                                James C. Bakk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC. an Ohio corporation, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 08 CV 3046 |
| LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, and LAKE COUNTY, ILLINOIS, | ) ) ) | Judge George W. Lindberg |
| Defendants. | ) | Magistrate Judge Arlander Keys |

### O R D E R

    This cause coming on Defendant Lake County Stormwater Management Commission's motion for enlargement of time to answer or otherwise plead, to and including July 18, 2008, and the Court being advised;

    IT IS HEREBY ORDERED that Defendant's motion to enlarge is granted, and Defendant Lake County Stormwater Management Commission is granted to and including July 18, 2008 to answer or otherwise plead to Plaintiff's Amended Complaint.

ENTER:

_____
Judge George W. Lindberg

Date: June ____, 2008.