UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMPUS INVESTMENTS, INC., ) | |
| ) | Case No. 08-cv-3046 |
| Plaintiff, ) | |
| v. ) | Emergency Judge Virginia Kendall |
| ) | |
| LAKE COUNTY STORMWATER ) | Judge George W. Lindberg |
| MANAGEMENT COMMISSION, and ) | |
| LAKE COUNTY, ILLINOIS, ) | Magistrate Judge Arlander Keys |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF HEARING ON TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE that on the 19th day of June, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for the plaintiff will appear before the Emergency Judge, the Honorable Virginia Kendall, or anyone sitting in her stead, in the courtroom where she usually presides, Courtroom 2319 of the Northern District of Illinois, Eastern Division, Chicago, Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Plaintiff's Motion for Temporary Restraining Order, a copy of which was previously served electronically on the Defendants on June 17, 2008.

*Sebastian Rucci*
Sebastian Rucci (ND IL No. 90785689)
40 The Ledges, 3C
Youngstown, Ohio 44514
Phone: (330) 707-1182
Fax:   (330) 707-1882
Email: SebRucci@Gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov.

*Sebastian Rucci*

Sebastian Rucci (ND IL No. 90785689)