**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Campus Investments, Inc.

                Plaintiff,

v.                                       Case No.: 1:08–cv–03046
                                             Honorable George W. Lindberg

Lake County Stormwater Management Commission, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable George W. Lindberg: The status hearing scheduled for 6/25/2008 at 9:30a.m. is reset to 6/25/2008 at 11:45a.m. Hearing on Plaintiff's motion for preliminary injunction is reset to 6/25/2008 at 11:45a.m. Hearing on defendants' motion for extension of time to file answer or otherwise plead to the complaint is reset to 6/25/2008 at 11:45a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.