IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC. | ) | |
| | ) | |
| **Plaintiff ,** | ) | |
| v. | ) | Case No. 08 CV 3046 |
| | ) | |
| LAKE COUNTY STORMWATER | ) | Judge George W. Lindberg |
| MANAGEMENT COMMISSION, and | ) | |
| LAKE COUNTY, ILLINOIS, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

To:   Sebastian Rucci
       40 The Ledges, 3C
       Youngstown, OH 44514

Please take notice that at 11:45 a.m. on Wednesday, June 25, 2008 the undersigned shall appear before the Honorable Judge George W. Lindberg, Courtroom 1425, and then and there present Defendants' Joint Motion for Abstention which is herewith served upon you.


                                           s/Lisle A. Stalter
                                           Assistant States Attorney

Lisle A. Stalter #06242950
Assistant State's Attorney
Lake County State's Attorney's Office
18 North County Street
Waukegan, IL 60085
(847) 377-3050

### CERTIFICATE OF SERVICE

I, Lisle A. Stalter, under penalties as provided by Section 1-109 of the Code of Civil Procedure, certify that I caused to be served a copy of the foregoing by electronic mail through the court's electronic filing system to the person(s) to whom it is directed, on June 23, 2008.

                                           s/Lisle A. Stalter