UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Campus Investments, Inc.

                                      Plaintiff,

v.                                                          Case No.: 1:08−cv−03046
                                                          Honorable George W. Lindberg

Lake County Stormwater Management Commission, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Defendants' join motion for abstention [25] is entered and continued to 7/2/2008 at 11:15 a.m. Written response to the motion for abstention due on or before 6/27/08 at 12:00 p.m. All pending motions are entered and continued to 7/2/2008 at 11:15a.m. Status hearing reset to 7/2/2008 at 11:15 a.m. No court appearance required on 6/25/2008. Plaintiff is ordered to provide the court with a copy of the transcript from the court proceeding on the motion for TRO which was held before Judge Kendall.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.