U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 3046
CAMPUS INVESTMENTS, INC., v. LAKE COUNTY
STROMWATER MANAGEMENT COMMISSION, and
LAKE COUNTY, ILLINOIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
COUNTY OF LAKE

| |
|---|
| NAME (Type or print)<br>DANIEL L. JASICA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ DANIEL L. JASICA |
| FIRM<br>LAKE COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS<br>18 NORTH COUNTY STREET |
| CITY/STATE/ZIP<br>WAUKEGAN, IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237373 | TELEPHONE NUMBER<br>847-377-3050 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐