UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Campus Investments, Inc.
                                              Plaintiff,

v.                                                               Case No.: 1:08−cv−03046
                                                                Honorable George W.
                                                                 Lindberg

Lake County Stormwater Management
Commission, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Docket entry [29] is stricken as improperly filed in this case. Any removal of a state court action must be filed as a new, separate case. The status hearing set for 7/2/08 at 11:15 a.m. is reset to 7/9/08 at 11:00 a.m. All pending motions are entered and continued to 7/9/08. Defendants are ordered to file a reply in support of their joint motion for abstention by 7/3/08. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.