**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CAMPUS INVESTMENTS, INC.,  )  <br> ) <br>    Plaintiff,  ) <br> v.  ) <br> ) <br> LAKE COUNTY STORMWATER  ) <br> MANAGEMENT COMMISSION, and  ) <br> LAKE COUNTY, ILLINOIS,  ) <br> ) <br>    Defendants.  ) <br> ) | Case No. 08-cv-3046 <br><br> Judge George W. Lindberg <br><br> Magistrate Judge Arlander Keys |

**NOTICE OF HEARING ON**
**PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that on the **16th day of July, 2008 at 9:30 a.m.**, I shall appear before the Honorable Judge George W. Lindberg, or anyone sitting in his stead, in the courtroom where he usually presides, Courtroom 1425 of the Northern District of Illinois, Eastern Division, Chicago, Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **Plaintiff's Motion for Partial Summary Judgment**, a copy of which was filed through the Court's Case management/Electronic Case Files on July 1, 2008.

*Sebastian Rucci*
Sebastian Rucci (ND IL No. 90785689)
40 The Ledges, 3C
Youngstown, Ohio 44514
Phone: (330) 707-1182
Fax:    (330) 707-1882
Email: SebRucci@Gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov.

*Sebastian Rucci*
Sebastian Rucci (ND IL No. 90785689)