UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMPUS INVESTMENTS, INC. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO.: 08-CV-3046 |
| ) | |
| LAKE COUNTY STORM WATER ) | JUDGE: GEORGE W. LINDBERG |
| MANAGEMENT COMMISSION, AND ) | |
| LAKE COUNTY, ILLINOIS, ) | MAGISTRATE JUDGE: |
| ) | ARLANDER KEYS |
| DEFENDANTS. ) | |

## ATTAINABLE HOUSING ALLIANCE'S MOTION TO PARTICIPATE AS *AMICUS CURIAE*

The Attainable Housing Alliance, an Illinois not-for-profit corporation, by its attorneys, Schain, Burney, Ross & Citron, Ltd., hereby moves for leave to participate as *amicus curiae* in this proceeding, or alternatively leave to file an *amicus* brief in the summary judgment proceedings, and states as follows:

1. Attainable Housing Alliance ("AHA") is a not-for-profit trade association dedicated to reducing costs of home ownership. AHA represents more than 850 home builders and more than 1,000 associate members (suppliers, service providers, etc.) of the home building industry in Northern Illinois. AHA is comprised of three other associations, the Home Builders Association of Greater Chicago, the Home Builders Association of Greater Fox Valley, and the Northern Illinois Home Builders Association. All these associations are affiliated with the Home Builders Association of Illinois and the National Association of Home Builders

2. AHA's members are active in home building in Lake County. In developing residential subdivisions and construction homes in Lake County, members of AHA frequently interface with the Defendant, Lake County Storm Water Management Commission ("SMC") and Lake County, including the County's various agencies such as the Division of Transportation.

3. Duplicative and oppressive regulation by local government regarding development of new residential homes drives home prices higher and makes housing less attainable for many citizens.

4. Individual members of AHA are often unable to defend their rights against unlawful and unauthorized regulation, because units of local government claim authority to unilaterally stop or shut down development, which can result in severe financial loss. Accordingly, AHA's members are often coerced by unauthorized threats from local government, such as alleged in the pending case, into conforming with regulations that are not authorized.

5. Even for projects within incorporated municipalities in Lake County, AHA's members are frequently required by SMC to obtain permits, make plan changes, and perform other actions because of SMC's assertion of jurisdiction. This claim of jurisdiction by SMC is usually duplicative of the municipal jurisdiction, and is therefore unnecessary and unauthorized.

6. This Court possesses discretion to allow participation by an *amicus curiae*. National Organization for Women, Inc. v. Scheidler, *et al.*, 223 F.3d 615, 616, (7th Cir. 2000). *Amicus curiae* may be permitted to participate in cases in which a party is inadequately represented, or in which the *amicus* has a direct interest in another case

which may be materially affected by a decision in the case, or in which the *amicus* has a unique perspective or specific information that can assist the court beyond what the parties can provide. The Chamberlain Group, Inc. v. Interlogic, Inc., 2004 W.L. 1197258 (N.D.Ill. 2004).

7. AHA clearly qualifies for amicus curiae status as having a unique perspective on unauthorized and unlawful actions by local government which increase housing costs. AHA's members have an important interest in the outcome of this matter, as stormwater and wetland jurisdiction issues frequently arise in land development in Lake County.

8. Where important public interests are involved, as here, *amicus* should be permitted to participate. Liberty Resources, Inc. v. Philadelphia Housing Authority, 395 F.Supp.2d 206 (E.D.Pa. 2005).

WHEREFORE, for the foregoing reasons, the Attainable Housing Alliance respectfully requests that the Court grant it leave to participate in this matter as *amicus curiae*, or alternatively grant it leave to file an *amicus* brief in the summary judgment proceedings.

Respectfully submitted,

ATTAINABLE HOUSING ALLIANCE

By: _____
One of its Attorneys

James R. Griffin, ARDC# 6243030
Schain, Burney, Ross & Citron, Ltd.
222 N. LaSalle Street, Suite 1910
Chicago, Illinois 60601
Phone: 312-332-0200
Fax: 312-332-4514
E-mail: jgriffin@schainlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMPUS INVESTMENTS, INC. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO.: 08-CV-3046 |
| ) | |
| LAKE COUNTY STORM WATER ) | JUDGE: GEORGE W. LINDBERG |
| MANAGEMENT COMMISSION, AND ) | |
| LAKE COUNTY, ILLINOIS, ) | MAGISTRATE JUDGE: |
| ) | ARLANDER KEYS |
| DEFENDANTS. ) | |

## NOTICE OF FILING

TO:   **Attorney for Plaintiff:**
Sebastian Rucci, Esquire
40 The Ledges, Suite 3C
Youngstown, Ohio 44514
Phone: 330-707-1182
Fax: 330-707-1182
sebrucci@gmail.com

**Attorney for Defendant: Lake County Storm Water Management Commission**
James C. Bakk, Esquire
Law Offices of James C. Bakk
200 N. Martin Luther King Jr. Avenue
Suite 206
Waukegan, Illinois 60085
Phone: 847-249-9900
Fax: 847-360-8462
lojbakk9876@sbcglobal.net

**Attorney for Defendant: Lake County, Illinois**
Lisle A. Stalter, Esquire
Lake County State's Attorney's Office
18 N. County Street, Third Floor
Waukegan, Illinois 60085
Phone: 847-377-3050
Fax: 847-360-0661
lstalter@co.lake.il.us

PLEASE TAKE NOTICE, that on the 2nd day of July, 2008 , we filed with the United States District Court, Northern District of Illinois, Eastern Division, the attached

F:\JRG\AHA\Pleadings\Service List 07-01-08

ATTAINABLE HOUSING ALLIANCE'S MOTION TO PARTICIPATE AS *AMICUS CURIAE*, a copy of which is hereby served upon you.

Respectfully submitted,

ATTAINABLE HOUSING ALLIANCE

By: _____
One of its Attorneys

James R. Griffin, ARDC# 6243030
Schain, Burney, Ross & Citron, Ltd.
222 N. LaSalle Street, Suite 1910
Chicago, Illinois 60601
Phone: 312-332-0200
Fax: 312-332-4514
E-mail: jgriffin@schainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at http://ecf.ilnd.uscourts.gov.

_____
James R. Griffin (ARDC# 6243030)