# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Campus Investments, Inc.

                    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03046
　　　　　　　　　　　　　　　　　　Honorable George W. Lindberg

Lake County Stormwater Management Commission, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

    MINUTE entry before the Honorable George W. Lindberg:Defendants' joint motion for abstention [25] is granted. This action is dismissed. No court appearance required on 7/9/2008. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.