UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMPUS INVESTMENTS, INC., )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>LAKE COUNTY STORMWATER )<br>MANAGEMENT COMMISSION, and )<br>LAKE COUNTY, ILLINOIS, )<br>)<br>   Defendants. )<br>) | Case No. 08-cv-3046<br><br>Judge George W. Lindberg<br><br>Magistrate Judge Arlander Keys |

**NOTICE OF APPEAL**

Notice is hereby given that Campus Investments Inc., the plaintiff in the above case, hereby appeal to the U.S. Court of Appeals for the Seventh Circuit from an Order of the Court granting the defendants motion to abstain (ECF Dkt #46) and dismissing this action, entered in this action on July 8, 2008.

Dated: July 8, 2008

Respectfully submitted,

*/s/ Sebastian Rucci*

Sebastian Rucci (ND IL No. 90785689)
40 The Ledges, 3C
Youngstown, Ohio 44514
Phone: (330) 707-1182
Fax:    (330) 707-1882
Email: SebRucci@Gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov.

Sebastian Rucci (ND IL No. 90785689)