



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**

JUN - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

| | |
|---|---|
| NAME: | Sebastian Rucci |
| FIRM: | Law Office of Sebastian Rucci |
| STREET ADDRESS: | 40 The Ledges 3C |
| CITY/STATE/ZIP: | Youngstown, Ohio 44514 |
| PHONE NUMBER: | 330-707-1182 |
| ARDC NO. (If Member of Illinois State Bar): | |

**RECEIVED**

JUN - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| Case No. 08-cv-3046 | Campus Investments v. Lake County SMC | Judge George W. Lindberg |
| | | |
| | | |
| | | |

_____     May 28, 2008
Attorney's Signature                Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to
Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**