# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

July 31, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Martin Valadez vs.  Kenneth Rydz

U.S.D.C. DOCKET NO. : 04cv568

U.S.C.A. DOCKET NO. : 07-3143

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | **One Vol. Of Pleadings** |
| VOLUME(S) OF TRANSCRIPT(S) | **1 pdf** |
| VOLUME(S) OF DEPOSITION(S) | |

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:     One pdf of 1 volume of transcript

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
     A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**
**One Vol. Of Transcript (1 pdf)**

In the cause entitled: Martin Valadez   vs.  Kenneth Rydz.

USDC NO.    : 04cv568

USCA NO.    : 07-3143

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 31st day of July, 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           A. Rone, Deputy Clerk

APPEAL, KEYS, TERMED

## United States District Court
### Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03046
### *Internal Use Only*

| | |
|---|---|
| Campus Investments, Inc. v. Lake County Stormwater Management Commission et al | Date Filed: 05/27/2008 |
| Assigned to: Honorable George W. Lindberg | Date Terminated: 07/08/2008 |
| Demand: $75,000 | Jury Demand: Defendant |
| Case in other court: 08-02720 | Nature of Suit: 290 Real Property: Other |
| Cause: 28:1332 Diversity-(Citizenship) | Jurisdiction: Diversity |

**Plaintiff**

**Campus Investments, Inc.**
*an Ohio corporation*

represented by **Sebastian Rucci**
Law Office of Sebastian Rucci
40 The Ledges 3C
Youngstown, OH 44514
(330)707-1182
Fax: (330)707-1882
Email: SebRucci@Gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lake County Stormwater Management Commission**

represented by **James C. Bakk**
Law Office of James C. Bakk
200 North Utica Street
Waukegan, IL 60085
(312) 249-9900
Email: lojbakk9876@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lake County, Illinois**

represented by **Daniel L. Jasica**
Lake County State's Attorney's Office
18 N. County Street
3rd Floor
Waukegan, IL 60085
847-360-6449
Email: djasica@co.lake.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisle A. Stalter**

Lake County State's Attorney's Office
18 North County Street
3rd Floor
Waukegan, IL 60085
(847)377-3050
Email: lstalter@co.lake.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Attainable Housing Alliance**
*an Illinois not-for-profit corporation*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/27/2008 | 1 | 7 | COMPLAINT filed by Campus Investments, Inc.; Filing fee $ 350.(ca, ) (Entered: 05/28/2008) |
| 05/27/2008 | 2 | 24 | CIVIL Cover Sheet. (ca, ) (Entered: 05/28/2008) |
| 05/27/2008 | 3 | | ATTORNEY Appearance for Plaintiff Campus Investments, Inc. by Sebastian Rucci. (ca, ) (Entered: 05/28/2008) |
| 05/27/2008 | 4 | | (Court only) RECEIPT regarding payment of filing fee paid on 5/27/2008 in the amount of $350.00, receipt number 2806140. (ca, ) (Entered: 05/28/2008) |
| 05/27/2008 | 5 | | SUMMONS Issued, two originals as to Defendants Lake County Storm water Management Commission, and Lake County, Illinois. (ca, ) (Entered: 05/28/2008) |
| 05/29/2008 | 6 | | SUMMONS Returned Executed by Campus Investments, Inc. as to Lake County Stormwater Management Commission on 5/29/2008, answer due 6/18/2008; Lake County, Illinois on 5/29/2008, answer due 6/18/2008. (Rucci, Sebastian) (Entered: 05/29/2008) |
| 05/30/2008 | 7 | | MINUTE entry before the Honorable George W. Lindberg: Status hearing set for 6/25/2008 at 09:30 AM.Mailed notice (slb, ) (Entered: 05/30/2008) |
| 06/02/2008 | 58 | | NOTICE by Sebastian Rucci of Change of Address (Previously Misplaced Document) (vmj, ) Modified on 7/14/2008 (lcw, ). (Entered: 07/11/2008) |
| 06/06/2008 | 8 | 25 | NOTICE by Campus Investments, Inc. *PLAINTIFFS DISCLOSURE OF CORPORATE INTEREST* (Rucci, Sebastian) (Entered: 06/06/2008) |
| 06/11/2008 | 9 | | MINUTE entry before the Honorable George W. Lindberg: Status hearing reset for 6/25/2008 at 10:00 AM.Mailed notice (slb, ) (Entered: 06/11/2008) |
| 06/17/2008 | 10 | 26 | *VERIFIED* AMENDED complaint by Campus Investments, Inc. against all defendants (Attachments: #1 Exhibit A (Army Corps JD Letter), #2 Exhibit B (Subdivision Plat), #3 Exhibit C (SMC Permit Required), #4 Exhibit D (SMC Wetlands Review), #5 Exhibit E (SMC Wetlands Review), #6 Exhibit F (SMC Wetlands Review), #7 Exhibit G (DOT Access Letter))(Rucci, Sebastian) (Entered: 06/17/2008) |

| Date | # | Doc | Description |
|---|---|---|---|
| 06/17/2008 | 11 | 64 | MOTION by Plaintiff Campus Investments, Inc. for preliminary injunction (Rucci, Sebastian) (Entered: 06/17/2008) |
| 06/17/2008 | 12 | 68 | MEMORANDUM by Campus Investments, Inc. in support of motion for preliminary injunction 11 (Rucci, Sebastian) (Entered: 06/17/2008) |
| 06/17/2008 | 13 | | NOTICE of Motion by Sebastian Rucci for presentment of motion for preliminary injunction 11 before Honorable George W. Lindberg on 6/25/2008 at 09:30 AM. (Rucci, Sebastian) (Entered: 06/17/2008) |
| 06/18/2008 | 14 | 82 | MOTION by Plaintiff Campus Investments, Inc. for temporary restraining order (Rucci, Sebastian) (Entered: 06/18/2008) |
| 06/18/2008 | 15 | | ATTORNEY Appearance for Defendant Lake County, Illinois by Lisle A. Stalter (Stalter, Lisle) (Entered: 06/18/2008) |
| 06/18/2008 | 16 | 87 | MOTION by Defendant Lake County, Illinois for extension of time to file answer *or otherwise plead* (Stalter, Lisle) (Entered: 06/18/2008) |
| 06/18/2008 | 17 | | NOTICE of Motion by Lisle A. Stalter for presentment of motion for extension of time to file answer 16 before Honorable George W. Lindberg on 6/25/2008 at 09:30 AM. (Stalter, Lisle) (Entered: 06/18/2008) |
| 06/18/2008 | 18 | | ATTORNEY Appearance for Defendant Lake County Stormwater Management Commission by James C. Bakk (Attachments: # 1 Notice of Filing N of Filing Appearance)(Bakk, James) (Entered: 06/18/2008) |
| 06/18/2008 | 19 | 89 | MOTION by Defendant Lake County Stormwater Management Commission for extension of time to file answer (Attachments: # 1 Notice of Filing Notice of Motion, # 2 Text of Proposed Order)(Bakk, James) (Entered: 06/18/2008) |
| 06/18/2008 | 20 | | NOTICE of Motion by Sebastian Rucci for presentment of motion for temporary restraining order 14 before Honorable Virginia M. Kendall on 6/19/2008 at 09:30 AM. (Rucci, Sebastian) (Entered: 06/18/2008) |
| 06/18/2008 | 21 | 93 | MOTION by Plaintiff Campus Investments, Inc. for temporary restraining order *(AMENDED MOTION FOR TRO)* (Rucci, Sebastian) (Entered: 06/18/2008) |
| 06/19/2008 | 22 | | MINUTE entry before the Honorable George W. Lindberg: Status hearing reset for 6/25/2008 at 09:30 AM. Mailed notice (slb, ) (Entered: 06/19/2008) |
| 06/20/2008 | 23 | 103 | MINUTE entry before the Honorable Virginia M. Kendall: Hearing held on plaintiff's motions for a temporary restraining order. For the reasons stated in open court, plaintiff's motions for a temporary restraining order are denied. Advised in notice (jms, ) (Entered: 06/20/2008) |
| 06/20/2008 | 24 | 104 | MINUTE entry before the Honorable George W. Lindberg: The status hearing scheduled for 6/25/2008 at 9:30a.m. is reset to 6/25/2008 at 11:45a.m. Hearing on Plaintiff's motion for preliminary injunction is reset to 6/25/2008 at 11:45a.m. Hearing on defendants' motion for extension of time to file answer or otherwise plead to the complaint is reset to 6/25/2008 at 11:45a.m. Mailed notice (slb, ) (Entered: 06/20/2008) |
| 06/23/2008 | 25 | 105 | MOTION by Defendants Lake County Stormwater Management Commission, Lake County, Illinois to dismiss *for Abstention* (Attachments: # 1 Exhibit 1)(Stalter, Lisle) (Entered: 06/23/2008) |

| | | | |
|---|---|---|---|
| 06/23/2008 | 26 | 126 | MEMORANDUM by Lake County Stormwater Management Commission, Lake County, Illinois in support of motion to dismiss 25 *for Abstention* (Stalter, Lisle) (Entered: 06/23/2008) |
| 06/23/2008 | 27 | | NOTICE of Motion by Lisle A. Stalter for presentment of motion to dismiss 25 before Honorable George W. Lindberg on 6/25/2008 at 11:45 AM. (Stalter, Lisle) (Entered: 06/23/2008) |
| 06/23/2008 | 28 | 131 | MINUTE entry before the Honorable George W. Lindberg: All pending motions and the status hearing will be heard on Wednesday, June 25, 2008 at 9:30a.m. Mailed notice (slb, ) (Entered: 06/23/2008) |
| 06/23/2008 | 29 | 132 | NOTICE of Removal from Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois, case number (08-CH-2376) filed by Campus Investments, Inc. (Attachments: # 1 Exhibit State Complaint)(Rucci, Sebastian) (Entered: 06/23/2008) |
| 06/24/2008 | 30 | 153 | MINUTE entry before the Honorable George W. Lindberg: Defendants' join motion for abstention 25 is entered and continued to 7/2/2008 at 11:15 a.m. Written response to the motion for abstention due on or before 6/27/08 at 12:00 p.m. All pending motions are entered and continued to 7/2/2008 at 11:15a.m. Status hearing reset to 7/2/2008 at 11:15 a.m. No court appearance required on 6/25/2008. Plaintiff is ordered to provide the court with a copy of the transcript from the court proceeding on the motion for TRO which was held before Judge Kendall.Mailed notice (slb, ) (Entered: 06/24/2008) |
| 06/27/2008 | 31 | 154 | RESPONSE by Campus Investments, Inc.in Opposition to MOTION by Defendants Lake County Stormwater Management Commission, Lake County, Illinois to dismiss *for Abstention* 25 (Rucci, Sebastian) (Entered: 06/27/2008) |
| 06/30/2008 | 32 | | ATTORNEY Appearance for Defendant Lake County, Illinois by Daniel L. Jasica (Jasica, Daniel) (Entered: 06/30/2008) |
| 07/01/2008 | 33 | | TRANSCRIPT OF PROCEEDINGS held on 06/20/08 before the Honorable Virginia M. Kendall. Emergency Motion for TRO. Court Reporter Contact Information: April Metzler, 312-408-5154, April_Metzler@ilnd.uscourts.gov.<br><br>**IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov. Under Quick Links select Electronic Transcript Procedures.**<br><br>Redaction Request due 7/22/2008. Redacted Transcript Deadline set for 8/1/2008. Release of Transcript Restriction set for 9/29/2008. (Metzler, April) (Entered: 07/01/2008) |
| 07/01/2008 | 34 | 168 | MINUTE entry before the Honorable George W. Lindberg: Docket entry 29 is stricken as improperly filed in this case. Any removal of a state court action must be filed as a new, separate case. The status hearing set for 7/2/08 at 11:15 a.m. is reset to 7/9/08 at 11:00 a.m. All pending motions are entered and continued to 7/9/08. Defendants are ordered to file a reply in support of their joint motion for |

| | | | |
|---|---|---|---|
| | | | abstention by 7/3/08. Mailed notice (slb, ) (Entered: 07/01/2008) |
| 07/02/2008 | 35 | 169 | MOTION by Plaintiff Campus Investments, Inc. for partial summary judgment *on Count 1 (Declaratory Relief)* (Rucci, Sebastian) (Entered: 07/02/2008) |
| 07/02/2008 | 36 | 172 | MEMORANDUM by Campus Investments, Inc. in support of motion for partial summary judgment 35 (Rucci, Sebastian) (Entered: 07/02/2008) |
| 07/02/2008 | 37 | 188 | AFFIDAVIT by Plaintiff Campus Investments, Inc. in Support of MOTION by Plaintiff Campus Investments, Inc. for partial summary judgment *on Count 1 (Declaratory Relief)* 35 (Rucci, Sebastian) (Entered: 07/02/2008) |
| 07/02/2008 | 38 | 200 | RULE 56 Statement of Material Facts Statement by Campus Investments, Inc. regarding motion for partial summary judgment 35 (Rucci, Sebastian) (Entered: 07/02/2008) |
| 07/02/2008 | 39 | | NOTICE of Motion by Sebastian Rucci for presentment of motion for partial summary judgment 35 before Honorable George W. Lindberg on 7/16/2008 at 09:30 AM. (Rucci, Sebastian) (Entered: 07/02/2008) |
| 07/02/2008 | 40 | 206 | AMENDED motion for partial summary judgment 35 *(Changed Title Only)* (Rucci, Sebastian) (Entered: 07/02/2008) |
| 07/02/2008 | 41 | 209 | MOTION to Participate as Amicus Curiae (Attachments: # 1 Notice of Filing)(Griffin, James) (Entered: 07/02/2008) |
| 07/03/2008 | 42 | 214 | REPLY by Lake County Stormwater Management Commission, Lake County, Illinois to response in opposition to motion 31 *for Abstention* (Attachments: # 1 Exhibit Palacios v. City of Chicago 2008 WL 517141)(Stalter, Lisle) (Entered: 07/03/2008) |
| 07/08/2008 | 43 | 228 | MOTION by Defendants Lake County Stormwater Management Commission, Lake County, Illinois to reassign case *number 08 CV 3835* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Stalter, Lisle) (Entered: 07/08/2008) |
| 07/08/2008 | 44 | | NOTICE of Motion by Lisle A. Stalter for presentment of motion to reassign case 43 before Honorable George W. Lindberg on 7/16/2008 at 09:30 AM. (Stalter, Lisle) (Entered: 07/08/2008) |
| 07/08/2008 | 45 | 305 | MINUTE entry before the Honorable George W. Lindberg:Defendants' joint motion for abstention 25 is granted. This action is dismissed. No court appearance required on 7/9/2008. Civil case terminated. Mailed notice (slb, ) (Entered: 07/08/2008) |
| 07/08/2008 | 46 | 306 | MEMORANDUM Opinion and Order Signed by the Honorable George W. Lindberg on 7/8/2008:Mailed notice(slb, ) (Entered: 07/08/2008) |
| 07/08/2008 | 47 | | NOTICE of appeal by Campus Investments, Inc. regarding orders 46 Filing fee $ 455, receipt number 07520000000002916878. (Rucci, Sebastian) (Entered: 07/08/2008) |
| 07/10/2008 | 48 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 47. Notified counsel (air, ) (Entered: 07/10/2008) |
| 07/10/2008 | 49 | | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 07/10/2008) |

| 07/10/2008 |  | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 47 ; USCA Case No. 08-2720 (vmj, ) (Entered: 07/14/2008) |

 All √ items sent with record on appeal in previous appeal #
All Circled items are included in record on appeal
All N/A items are not available
All / items are not sent with record on appeal
All S/C items are sent under separate cover