



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

July 31, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

U.S.C.A. – 7th Circuit
RECEIVED
JUL 3 1 2008 SK
7-31-2008
GINO J. AGNELLO
CLERK

RE: Campus Investments, Inc. Vs. Lake County Stormwater Management

U.S.D.C. DOCKET NO. : 08cv3046

U.S.C.A. DOCKET NO. : 08-2720

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)      **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)       **1 pdf**

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:    **One pdf of 1 volume of transcript**

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk